IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PAUL B. GUSTAFSON and <br> DEBRA R. GUSTAFSON, <br> *For themselves and all others similarly situated,* <br><br> **Plaintiffs,** <br><br> v. <br><br> TRAVEL GUARD GROUP, INC., <br> NATIONAL UNION FIRE INSURANCE <br>     COMPANY OF PITTSBURGH, PA, <br> AIG TRAVEL, INC. and <br> AIG TRAVEL ASSIST, INC. <br><br> **Defendants.** | CIVIL ACTION <br><br> No. 20-2272-KHV |

## JUDGMENT IN A CIVIL CASE

**( )  JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**( X )  DECISION BY THE COURT.** This action came to decision by the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that pursuant to the hearing held May 12, 2021 wherein <u>Defendants' Motion To Dismiss The Amended Complaint</u> (Doc. #15) filed December 17, 2020 was **SUSTAINED**, judgment is entered in favor of the defendants and this action is **dismissed with prejudice**.

Dated: 5/13/2021                              TIMOTHY M. O'BRIEN, CLERK

                                                    s/ Andrea Schreyer
                                                    Deputy Clerk